**Order entered May 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00776-CV

## IN THE INTEREST OF W.R.B. AND B.K.B., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 96-12454-Z**

## ORDER

We **GRANT** appellee's May 1, 2013 unopposed motion for leave to file a sur-reply brief.

We **ORDER** the sur-reply brief tendered to this Court by appellee on May 1, 2013 filed as of the

date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE